# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YARDI SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PROPERTY SOLUTIONS INTERNATIONAL, INC., aka ENTRATA, INC.,<br><br>　　　　Defendant. | **ORDER FINDING AS MOOT ENTRATA'S MOTION AND NON-PARTIES' MOTION**<br><br>Case No. 2:18-mc-00879<br><br>Judge Clark Waddoups |

Before the court are two motions. The first is Entrata's Motion to Quash and For Protective Order Regarding Subpoenas to Nick Efstratis and Fraser Bullock. (ECF No. 2.) The second is the Motion of Non-Parties Sorenson Capital Partners II, LP and Fraser Bullock for Protective Order. (ECF No. 10.) Both Motions relate to subpoenas served by Defendant Yardi Systems, Inc. in connection with its ongoing California litigation with Entrata, Inc. in *Yardi Systems, Inc. v. Property Solutions International, Inc.*, No. 2:13-cv-07764 (C.D. Cal.).

On December 14, 2018, Entrata informed the court that Magistrate Judge Alicia Rosenberg of the Central District of California had indicated on December 13, 2018 that "she would be granting" Entrata's "protective order barring the third party subpoenas at issue in the pending motions before this Court." (ECF No. 17 at 2.) Entrata also stated that "Yardi has informed Entrata that it has withdrawn all of the subpoenas at issue in the motions before this Court." (ECF No. 17 at 2.) In light of this development, the two Motions currently pending

before this court, (ECF Nos. 2 & 10) are rendered MOOT. This resolution concludes all matters in this case. The clerk of Court is directed to close the miscellaneous case, 2:18-mc-00879.

    SO ORDERED.

    DATED this 17th day of December, 2018.

                              **BY THE COURT**

                              Clark Waddoups
                              United States District Court Judge